STARR and SMITH *against* BENEDICT and RICHARDSON.

*TALCOT,* (A. G.) moved to put off the argument of this cause until the next week, on the ground that he was engaged as counsel in the District Court of the *United States,* now sitting.

*H. B. Davis,* contra.

That the counsel for one of the parties is engaged as counsel in another Court, is not a sufficient ground for putting off the argument of a cause.

*January* 31st. *Per Curiam.* The cause must take its course. We cannot listen to the suggestion of the counsel, as ground for putting off the argument. If the cause should be set down for the next week, the counsel, for aught we may know, may be engaged in some other Court, and ask for a further postponement.

Motion denied.